IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>   )<br>   Plaintiff,   )<br>   )<br>vs.   )<br>   )<br>JONNIE N. ALTSTADT,   )<br>   )<br>   Defendant.   ) | Case No.: 8:16CB11<br>Violation No.: 2304517 NE14<br><br><br>ORDER |

**IT IS ORDERED:**

After a telephone request, the defendant is granted an extension of time until December 27, 2016, in which to pay the collateral amount due of $225.00.  The full collateral amount is payable in full by that date or the defendant must appear for hearing before the undersigned magistrate judge on December 27, 2016, at 9:00 a.m. in Courtroom No. 7, Second Floor, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.  The clerk will mail a copy of this order to Jonnie N. Altstadt at her address of 4695 Caley Avenue, Omaha, Nebraska 68152.

DATED this 29th day of November, 2016.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge